IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANTHONY LEE PATMON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CV14 |
| | ) | |
| V. | ) | |
| | ) | |
| STATE OF NEBRASKA, On behalf of Washington County Jail, NE, WASHINGTON COUNTY JAIL, NE, DOUG PETERSON, CAROL HANNEMAN, TAMMY BADER, and MIKE ROBINSON, | ) ) ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendants. | ) | |

Plaintiff has filed a motion requesting an extension of time to file the initial partial filing fee. (Filing No. 15.) This request will be granted.

Plaintiff is advised that once the court receives the filing fee, it will conduct an initial review of Plaintiff's claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2) (requiring the court to dismiss any action filed in forma pauperis if it is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief).

IT IS THEREFORE ORDERED:

1. Plaintiff's Motion for Extension of Time (Filing No. 15) is granted. Plaintiff must pay an initial partial filing fee of $6.09 by May 4, 2016.

2. Plaintiff's Motion for Extension of Time (Filing No. 14) is denied as moot.

3. The clerk of court is directed to set a case management deadline for May 4, 2016 with the following text: Plaintiff's deadline to pay initial partial filing fee.

DATED this 31st day of March, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge

3. The clerk of court is directed to set a case management deadline for May 4, 2016 with the following text: Plaintiff's deadline to pay initial partial filing fee.

DATED this 31st day of March, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge